## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PLEXTRONICS, INC. [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10080 (KJC) |

## NOTICE OF AGENDA OF FIRST DAY PLEADINGS SCHEDULED FOR HEARING ON JANUARY 21, 2014 AT 1:30 P.M. (E.T.), BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801

## RELATED MATTERS

1.      Voluntary Petition of Plextronics, Inc. [Filed January 16, 2014] [Docket No. 1]

2.      Declaration of William Snyder, Chief Financial Officer of the Debtor, in Support of First Day Motions [Filed January 17, 2014] [Docket No. 4]

## MATTERS GOING FORWARD

3.      Debtor's Motion for Entry of an Order (A) Authorizing the Debtor to Pay Prepetition Wages, Salaries and Employee Benefits; (B) Authorizing the Debtor to Continue the Maintenance of Employee Benefit Programs in the Ordinary Course; and (C) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations [Filed January 17, 2014] [Docket No. 5]

        Status:  This matter is going forward.

4.      Debtor's Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Filed January 17, 2014] [Docket No. 6].

        Status:  This matter is going forward.

5.      Debtor's Motion for Order Authorizing (A) Continued Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms, and (C) Continued Use of Existing Cash Management System [Filed January 17, 2014] [Docket No. 7].

---

[1]  The last four digits of the Debtor's tax payer identification number are: 1347.  The Debtor's address is 2180 William Pitt Way, Pittsburgh, PA 15238.

Status:  This matter is going forward.

6.    Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code (IV) Granting Liens and Superpriority Claims (V) Modifying the Automatic Stay and (VI) Scheduling a Final Hearing [Filed January 17, 2014] [Docket No. 9].

Status:  This matter is going forward.


Dated:  January 17, 2014               CAMPBELL LEVINE, LLC
Wilmington, Delaware


By: */s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
Ayesha C. Bennett (DE No. 4994)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(302) 426-1900
(302) 426-9947 (facsimile)
mhurford@camlev.com
abennett@camlev.com

and

Stanley E. Levine
Paul J. Cordaro
1700 Grant Building
Pittsburgh, PA 15219
(412) 261-0310
(412) 261-5066 (facsimile)
slevine@camlev.com
pcordaro@camlev.com

*Proposed Counsel for the Debtor and Debtor-in-Possession*