# United States Bankruptcy Court
## District of Delaware

In re    **Plextronics, Inc.**

_____
Debtor

Case No. ____**14-10080**____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Hannah**<br>**102 Linksview Drive**<br>**McMurray, PA 15317** | **See Attachment to List of Equity Security Holders** | | |
| **Applied Ventures - Om Nalamasu**<br>**3050 Bowers Avenue**<br>**MS/0105**<br>**Santa Clara, CA 95054** | | | |
| **Atta Gueye**<br>**504 Dorseyville Rd**<br>**Pittsburgh, PA 15238** | | | |
| **Bill Decker**<br>**1401 Lyons Chase Circle**<br>**Murrysville, PA 15668** | | | |
| **Bill Robinson & Robinson Trust**<br>**c/o Reed Smith**<br>**PO Box 2009**<br>**Pittsburgh, PA 15230** | | | |
| **Bill Spence**<br>**Coal Valley Systems, Inc.**<br>**101 Emerson Ave**<br>**Pittsburgh, PA 15215** | | | |
| **Birchmere Ventures III, LP**<br>**Ned Renzi**<br>**424 South 27th Street**<br>**Suite 203**<br>**Pittsburgh, PA 15201** | | | |
| **Brian Woodworth**<br>**1912 Jane Street #5**<br>**Pittsburgh, PA 15203** | | | |
| **Carnegie Mellon University**<br>**c/o Anita Jesionow**<br>**Carnegie Mellon University**<br>**Six PPG Place, 11th Floor**<br>**Pittsburgh, PA 15222-5409** | | | |

__**9**__ continuation sheets attached to List of Equity Security Holders

In re    **Plextronics, Inc.**

Case No. ___**14-10080**___

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Caton Goodman<br>12071 McKee Road<br>N. Huntingdon, PA 15642 | | | |
| Central PA SET<br>Jennifer Hopkins<br>1005 Brookside Road<br>Suite 201<br>Allentown, PA 18106 | | | |
| Chris Brown<br>648 Acacia Lane<br>Redwood City, CA 94062 | | | |
| Chris Mann<br>215 Wyngate Rd<br>Moon Twp, PA 15108 | | | |
| Dan Drawbaugh<br>705 Copeland Street<br>Pittsburgh, PA 15232 | | | |
| Darin Laird<br>726 Orchard Hill Dr.<br>Pittsburgh, PA 15238 | | | |
| Don Hodo<br>11586 Alborada Drive<br>San Diego, CA 92127 | | | |
| Douglas H. Ostrow<br>c/o Clean Care<br>51st & AVRR<br>Pittsburgh, PA 15201 | | | |
| Draper Triangle Ventures<br>Jay Katarincic<br>Two Gateway Center<br>Suite 200<br>Pittsburgh, PA 15222 | | | |
| Ed Yang<br>2029 Kilgore Rd.<br>Falls Church, VA 22043 | | | |
| Elena Sheina<br>1411 Grandview Ave<br>Apt #701<br>Pittsburgh, PA 15211 | | | |

Sheet __1__ of __9__ continuation sheets attached to the List of Equity Security Holders

In re    **Plextronics, Inc.**                                          Case No.    **14-10080**
                                                    ,
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Eric Boughner<br>2348 Mill Grove Road<br>Pittsburgh, PA 15241 | | | |
| Eric Gordon<br>108 Country Corners Circle<br>Venetia, PA 15367 | | | |
| Firelake Capital Mgmt<br>Marty Lagod<br>575 High Street<br>Suite 330<br>Palo Alto, CA 94301 | | | |
| Frederick Ryan Chua<br>408 Maple Street<br>Sayre, PA 18840 | | | |
| Gary Munko<br>10 Ridgeview Lane<br>Clinton, PA 15026 | | | |
| Glenn Thompson<br>128 Pinecrest Court<br>Butler, PA 16001 | | | |
| Gord Wang<br>650 Stapleford Terrace<br>Mississauga, ON  L543J2<br>Canada | | | |
| Greg Harbaugh<br>1815 Murdstone Road<br>Pittsburgh, PA 15241 | | | |
| Holden Thorp<br>6465 Ellenwood Avenue<br>Saint Louis, MO 63105 | | | |
| Innovation Works<br>Rich Lunak<br>2000 Technology Drive<br>Pittsburgh, PA 15219 | | | |
| Jack Phillips<br>1925 SW Vista Avenue<br>Portland, OR 97201 | | | |
| Jack Roseman<br>7050 Bennington Woods Dr<br>Pittsburgh, PA 15237 | | | |

Sheet **2** of **9** continuation sheets attached to the List of Equity Security Holders

In re   **Plextronics, Inc.**                                                    Case No. ____**14-10080**____

_____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James Campbell**<br>**109 Zeta Drive**<br>**Pittsburgh, PA 15238** | | | |
| **James Wilkes**<br>**8 Campus Drive**<br>**Parsippany, NJ 07054** | | | |
| **Jan Bernkopf**<br>**296 Kozy Corner**<br>**Valencia, PA 16059** | | | |
| **Jane Burton (Hecht)**<br>**1909 Highgate Road**<br>**Pittsburgh, PA 15241** | | | |
| **Jeff McCormick**<br>**75 Pederal Street**<br>**Suite 1320**<br>**Boston, MA 02110** | | | |
| **Jennifer Honig**<br>**5893 Devereaux Lane**<br>**Pittsburgh, PA 15232** | | | |
| **Jennifer Rossler**<br>**703 Thomas Avenue**<br>**Riverton, NJ 08077** | | | |
| **Jeremy & Shelley Newlin Garvey**<br>**(MN3 & Serie**<br>**26 Myrtle Hill Road**<br>**Sewickley, PA 15143** | | | |
| **Jim and Marianne Hawkins**<br>**53 Lagoon Drive**<br>**Gulf Shores, AL 36542** | | | |
| **Joe Carr**<br>**204 Forest Ridge Drive**<br>**Chapel Hill, NC 27514** | | | |
| **Joe Greenberg**<br>**1000 Woodland Rd**<br>**Pittsburgh, PA 15237** | | | |
| **John & Karla Groninger (HIG)**<br>**210 Orr Road**<br>**Pittsburgh, PA 15241** | | | |

Sheet __3__ of __9__ continuation sheets attached to the List of Equity Security Holders

In re    **Plextronics, Inc.**                                                    Case No. ___14-10080___
                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Aloe**<br>**162 Country Club Road**<br>**Rector, PA 15677** | | | |
| **John Krieg**<br>**1889 Sazonburg Blvd**<br>**Tarentum, PA 15084** | | | |
| **Jon Lindsey**<br>**NCSU Dept. of Chemistry**<br>**Box 8204**<br>**Raleigh, NC 27695** | | | |
| **Kears Pollock**<br>**2062 Kittanning Pike**<br>**PO Box 471**<br>**Bruin, PA 16022** | | | |
| **Kelly Weinheimer**<br>**365 Library Place**<br>**Oakmont, PA 15139** | | | |
| **Kirby and Louise Klump**<br>**100 Flat Rock Drive**<br>**Ridgefield, CT 06877** | | | |
| **Korea Parts & Fasteners**<br>**Jack Moon**<br>**601 Yongtan-dong, Chungju-si**<br>**Chungcheong buk-do**<br>**Korea** | | | |
| **L. Donald Simpson**<br>**6906 LaCantera Circle**<br>**Lakewood Ranch, FL 34202** | | | |
| **Leonard A & Kathy Stept (HIG)**<br>**5025 Castelman Street**<br>**Pittsburgh, PA 15232** | | | |
| **LFLP, Ltd**<br>**Tony Liberati**<br>**109 Grouse Lane**<br>**Sewickley, PA 15143** | | | |
| **Lori Lecker**<br>**795 Lynch Road**<br>**Lower Burrell, PA 15068** | | | |
| **Malika Stegamat**<br>**4937 Oakhurst Ave**<br>**Gibsonia, PA 15044** | | | |

Sheet __4__ of __9__ continuation sheets attached to the List of Equity Security Holders

In re   **Plextronics, Inc.**                                              Case No. _____**14-10080**_____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Marcus & Shapira, LLP**<br>**One Oxford Centre**<br>**35th Floor**<br>**Pittsburgh, PA 15219** | | | |
| **Mark Bower**<br>**2191 Robbins Station Rd**<br>**N. Huntingdon, PA 15642** | | | |
| **Matt Miller**<br>**23879 Shelburne RD**<br>**Shaker Heights, OH 44122** | | | |
| **Matthew LaPaglia**<br>**105 Woodgate Road**<br>**Pittsburgh, PA 15235** | | | |
| **Matthew Mathai**<br>**165 Lori Road**<br>**Gibsonia, PA 15044** | | | |
| **Maureen O'Brien**<br>**PNC BANK/TRUST SECURITIES**<br>**249 Fifth Ave**<br>**ATTN: Linda Gimigliano**<br>**Pittsburgh, PA 15222** | | | |
| **Mike Peppel**<br>**5230 Indian Run**<br>**Cincinnati, OH 45243-3871** | | | |
| **Nathan Lottes**<br>**1430 Burtner Rd #201**<br>**Natrona Heights, PA 15065** | | | |
| **Newlin Investment Company**<br>**Bill Newlin**<br>**428 Beaver Street**<br>**Second Fl.**<br>**Sewickley, PA 15143** | | | |
| **Northwestern University**<br>**Attn: Assistant Director**<br>**1800 Sherman Ave**<br>**Suite 504**<br>**Evanston, IL 60201** | | | |
| **Patrice Bonilla-Sexton**<br>**11 Schoen St.**<br>**Mc Kees Rocks, PA 15136** | | | |

Sheet   **5**   of   **9**   continuation sheets attached to the List of Equity Security Holders

In re    **Plextronics, Inc.**                                                    Case No.    **14-10080**
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **R. Thomas Ramsay**<br>2105 Hycroft Drive<br>Pittsburgh, PA 15241 | | | |
| **Richard & Anna Pilston**<br>329 Verdana Court<br>Boiling Springs, SC 29316 | | | |
| **Richard Kasarda**<br>2 West Cherry St<br>Tresckow, PA 18254 | | | |
| **Richard McCullough**<br>**Harvard University**<br>1350 Massachusetts Avenue<br>Holyoke Center, 844<br>Cambridge, MA 02138 | | | |
| **Ritesh Tipnis**<br>400 N McClurg Ct - #3305<br>Chicago, IL 60611 | | | |
| **Robert Gariano**<br>1320 Woodhill Lane<br>Lake Forest, IL 60045 | | | |
| **Robert Kumpf**<br>104 Ashford Ct.<br>Wexford, PA 15090 | | | |
| **Robert Wallin**<br>P.O. Box 10330<br>Zephyr Cove, NV 89449-2330 | | | |
| **Roger Scriven**<br>812 Latonka Drive<br>Mercer, PA 16137 | | | |
| **Ronald O'Kelley**<br>PO Box 111631<br>Naples, FL 34108 | | | |
| **S. Thomas & Linda T. Emerson**<br>30 Wood Duck Trail<br>Pittsburgh, PA 15238 | | | |
| **Sara Grayson**<br>1008 Leishman Ave.<br>New Kensington, PA 15068 | | | |

Sheet  **6**  of  **9**  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   **Plextronics, Inc.** _____,   Case No. ___**14-10080**_____

                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| Sara L. Parker (HIG)<br>15 Springcreek Mano<br>Hershey, PA 17033 | | | |
| Scott Galit<br>465 West End Ave. # 2A<br>New York, NY 10074 | | | |
| Scott Jubeck<br>620 Nevin Ave<br>Sewickley, PA 15143 | | | |
| Sean Armstong<br>5136 Bronwyn Ct.<br>Gibsonia, PA 15044 | | | |
| Sean Rollman<br>1621 Franklin Fields<br>Sewickley, PA 15143 | | | |
| Sharell Mikesell<br>2464 Marblevista Blvd<br>Columbus, OH 43204 | | | |
| Shawn Williams<br>c/o Greene, Tweed & Co.<br>1510 Gehman Road<br>Kulpsville, PA 19443 | | | |
| Shijun Jia<br>71 Pinyon Pine Ct S.<br>Buffalo Grove, IL 60089 | | | |
| Silicon Valley Bank<br>Rich White<br>100 Matsonford Road<br>5 Radnor Corp Ctr-Ste 555<br>Radnor, PA 19087 | | | |
| Smithfield Trust Company<br>Mark McDonel<br>20 Stanwix Street<br>Suite 650<br>Pittsburgh, PA 15222 | | | |
| Solvay North America<br>Carlos Escobar<br>3333 Richmond Avenue<br>Attn: VP, Finance<br>Houston, TX 77098 | | | |

Sheet __**7**__ of __**9**__ continuation sheets attached to the List of Equity Security Holders

In re    **Plextronics, Inc.**                                              Case No.    **14-10080**
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Staley Capital Group**<br>**One Oxford Centre, 39th Floor**<br>**Pittsburgh, PA 15219** | | | |
| **Steffler Balsley**<br>**(Steffie; Newlin Series A gift**<br>**519 East Drive**<br>**Sewickley, PA 15143** | | | |
| **Steve and Jody Spolar**<br>**1901 Mulhatton Street**<br>**Pittsburgh, PA 15217** | | | |
| **Theodore & Shirley Arther (HIG)**<br>**163 Lancaster Avenue**<br>**Mt. Lobanon, PA 15228** | | | |
| **Thomas O'Brien**<br>**One PNC Plaza**<br>**PNC 249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | | | |
| **Tim O'Brien**<br>**1180 Murray Hill Avenue**<br>**Pittsburgh, PA 15217** | | | |
| **Timothy Swager**<br>**18 Copley St**<br>**Newton, MA 02458** | | | |
| **Tony Muscato**<br>**2005 Old Orchard Place**<br>**Gibsonia, PA 15044** | | | |
| **Troy Hammond**<br>**409 East Chicago Avenue**<br>**Naperville, IL 60540** | | | |
| **West Penn Power SEF**<br>**James Smith**<br>**40 N Pennsylvania Ave**<br>**Suite #510**<br>**Greensburg, PA 15601** | | | |
| **William Kline**<br>**40 Meadowcrest Dr**<br>**Cecil, PA 15321** | | | |
| **William Newlin, II**<br>**(Newlin Series A gift Dec '08**<br>**114 Buhlmont Dr.**<br>**Sewickley, PA 15143** | | | |

Sheet __8__ of __9__ continuation sheets attached to the List of Equity Security Holders

In re    **Plextronics, Inc.**                                    Case No.    **14-10080**
_____    ,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William Pilston/M. Lafayette**<br>**103 Lagoon Dr.**<br>**Gulf Shores, AL 36542** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 20, 2014**                Signature  **/s/ William H. Snyder**
                                           **William H. Snyder**
                                           **CFO**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet  **9**  of  **9**  continuation sheets attached to the List of Equity Security Holders

Supplement to List of Equity Security Holders

| | | Common Stock | Series B-1 Preferred | Series B Preferred | Series A Preferred | Series A-1 Preferred | Total | |
|---|---|---|---|---|---|---|---|---|
| **Sr Team:** | | | | | | | | |
| 1 | Andrew Hannah | 1,122,448 | | | | | 1,122,448 | 0.8% |
| 2 | Richard McCullough | 967,362 | | | | | 967,362 | 0.7% |
| 3 | Robert Kumpf | | 55,421 | | | | 55,421 | 0.0% |
| | **Sr Team** | 2,089,810 | 55,421 | - | - | - | 2,145,231 | 1.6% |
| | | | | | | | | |
| | **All Other Employees:** | | | | | | | |
| 4 | Darin Laird | 158,696 | | | | | 158,696 | 0.1% |
| 5 | Mathew Mathai | | | | 3,303 | | 3,303 | 0.0% |
| 6 | Brian Woodworth | | | 524 | 1,835 | | 2,359 | 0.0% |
| 7 | Chris Brown | | | | 2,623 | | 2,623 | 0.0% |
| 8 | Kelly Weinheimer | 550 | | 8,744 | | | 9,294 | 0.0% |
| 9 | Elena Sheina | | | 17,488 | 1,835 | | 19,323 | 0.0% |
| 10 | Caton Goodman | 5,000 | | 3,500 | 3,000 | | 11,500 | 0.0% |
| 11 | Patrice Bonilla-Sexton | | | | 550 | | 550 | 0.0% |
| 12 | Mathew LaPaglia | | | 500 | | | 500 | 0.0% |
| 13 | Nathan Lottes | 3,300 | | | | | 3,300 | 0.0% |
| | **All Other Employees** | 167,546 | - | 33,379 | 10,523 | - | 211,448 | 0.2% |
| | | | | | | | | |
| 14 | **Carnegie Mellon University** | 745,456 | | | 38,410 | | 783,866 | 0.6% |
| | | | | | | | | |
| | **Board & Advisors:** | | | | | | | |
| 15 | Solvay North America | 302,558 | 20,891,596 | 18,653,891 | 23,523,756 | 81,426 | 63,453,227 | 47.1% |
| 16 | Firelake Capital Mgmt | | | 5,150,061 | 4,023,952 | | 9,174,013 | 6.8% |
| 17 | Birchmere Ventures | | | 3,497,726 | 4,738,214 | | 8,235,940 | 6.1% |
| 18 | Draper Triangle Ventures | | | 3,497,725 | 2,654,818 | | 6,152,543 | 4.6% |
| 19 | Newlin Investment Co. | 812,959 | 172,711 | 1,958,726 | 693,947 | 97,839 | 3,736,182 | 2.8% |
| 20 | Applied Ventures | | | 4,081,330 | | | 4,081,330 | 3.0% |
| 21 | Glenn Thompson | 175,813 | | | 191,424 | 51,419 | 418,656 | 0.3% |
| 22 | Tim O'Brien | 230,501 | | 20,986 | 91,743 | | 343,230 | 0.3% |
| 23 | S. Thomas & Linda T. Emerson | 77,054 | | | 193,012 | 94,061 | 364,127 | 0.3% |
| 24 | Jeremy & Shelley Garvey | 2,681 | | 43,721 | 142,089 | 8,777 | 197,268 | 0.1% |
| 25 | Joe Carr | 143,214 | | | | | 143,214 | 0.1% |
| 26 | Tim Swager | 88,500 | | | | | 88,500 | 0.1% |
| 27 | Holden Thorp | 47,500 | | | | | 47,500 | 0.0% |
| 28 | Roger Scriven | | | 12,242 | | | 12,242 | 0.0% |
| | **Board & Advisors** | 1,880,780 | 21,064,307 | 36,916,408 | 36,252,955 | 333,522 | 96,447,972 | 71.6% |
| | | | | | | | | |
| | **All Other Shareholders:** | | | | | | | |
| 29 | Smithfield Trust - Series B-1 | | 544,041 | | | | 544,041 | 0.4% |
| 30 | STC - Series B | | | 1,426,323 | | | 1,426,323 | 1.1% |

| # | Name | | | | | | Total | % |
|---|------|--|--|--|--|--|-------|---|
| 31 | STC - Series A | | | | 444,038 | | 444,038 | 0.3% |
| 32 | STC - '05 Notes (A P/S) | 503,250 | | | 1,875,163 | | 2,378,413 | 1.8% |
| 33 | STC - Series A-1 | | | | | 2,861,221 | 2,861,221 | 2.1% |
| 34 | Innovation Works | 275,000 | | | 3,285,505 | 778,475 | 4,338,980 | 3.2% |
| 35 | Staley Capital Group | | | 1,748,861 | 2,466,262 | | 4,215,123 | 3.1% |
| 36 | Korea Parts & Fasteners | | 2,611,326 | | | | 2,611,326 | 1.9% |
| 37 | Marcus & Shapira | 154,000 | 207,253 | 384,749 | 1,002,530 | | 1,748,532 | 1.3% |
| 38 | Bill Robinson | 73,574 | 69,084 | 271,073 | 459,459 | 256,397 | 1,129,587 | 0.8% |
| 39 | Troy Hammond | 1,041,751 | | | | | 1,041,751 | 0.8% |
| 40 | LFLP, Ltd. (Liberati) | 247,786 | 245,856 | 349,772 | 86,057 | 110,047 | 1,039,518 | 0.8% |
| 41 | Richard & Anna Pilston | 719,702 | | | 19,936 | 54,034 | 793,672 | 0.6% |
| 42 | Eric Boughner | 651,874 | | | | | 651,874 | 0.5% |
| 43 | Ronald O'Kelley | 50,354 | 86,355 | 174,886 | 46,467 | 289,044 | 647,106 | 0.5% |
| 44 | Kears Pollock | 27,500 | 34,542 | 174,886 | 379,046 | | 615,974 | 0.5% |
| 45 | Central PA SEF | | 17,827 | 524,658 | | | 542,485 | 0.4% |
| 46 | R. Thomas Ramsay | 20,267 | 96,718 | 150,402 | 178,096 | 83,812 | 529,295 | 0.4% |
| 47 | Jeff McCormick | 13,750 | | 148,653 | 99,628 | 200,085 | 462,116 | 0.3% |
| 48 | Jane Burton (Hecht) | 247,786 | | | 194,975 | | 442,761 | 0.3% |
| 49 | Tom O'Brien | 125,847 | 92,302 | 174,886 | - | 45,019 | 438,054 | 0.3% |
| 50 | John Aloe | 19,862 | 34,542 | 87,443 | 209,720 | 81,087 | 432,654 | 0.3% |
| 51 | Eric Gordon | 14,701 | 64,331 | 61,210 | 128,906 | 83,364 | 352,512 | 0.3% |
| 52 | Greg Harbaugh | 25,783 | | | 211,985 | 83,918 | 321,686 | 0.2% |
| 53 | Maureen O'Brien | 125,847 | | 34,977 | 113,744 | 45,019 | 319,587 | 0.2% |
| 54 | Mike Peppel | 220,286 | | | | | 220,286 | 0.2% |
| 55 | Robert Gariano | 92,492 | | | 36,444 | 83,644 | 212,580 | 0.2% |
| 56 | Leonard & Kathy Kahn Stept (H+G) | 13,750 | | 17,488 | 129,039 | 50,172 | 210,449 | 0.2% |
| 57 | Kirby & Louise Klump | 16,333 | 43,177 | | | 149,768 | 209,278 | 0.2% |
| 58 | L. Donald Simpson | 66,495 | | | 72,959 | 62,981 | 202,435 | 0.2% |
| 59 | Steffer Newlin Balsley | | 86,355 | | 114,000 | | 200,355 | 0.1% |
| 60 | Jon Lindsey | | | 200,000 | | | 200,000 | 0.1% |
| 61 | Chip Wilkes | 9,026 | 34,542 | 52,465 | 38,707 | 62,180 | 196,920 | 0.1% |
| 62 | Silicon Valley Bank | | | | | 16,862 | 16,862 | 0.0% |
| 63 | Tony Muscato | 13,750 | | 26,232 | 133,978 | | 173,960 | 0.1% |
| 64 | Douglas Ostrow | 19,250 | | 17,488 | 136,332 | | 173,070 | 0.1% |
| 65 | Theodore & Shirley Arther (H+G) | 11,000 | | | 106,439 | 39,967 | 157,406 | 0.1% |
| 66 | Bill Spence | 13,750 | | | 134,096 | | 147,846 | 0.1% |
| 67 | John & Karla Groninger (H+G) | 8,250 | | | 96,474 | 39,967 | 144,691 | 0.1% |
| 68 | Matt Miller | 11,789 | | | 62,141 | 59,265 | 133,195 | 0.1% |
| 69 | Chris Mann | 109,390 | | 1,748 | 18,349 | | 129,487 | 0.1% |
| 70 | William Newlin, II | | | | 114,000 | | 114,000 | 0.1% |
| 71 | Jack Roseman | | | 17,488 | 91,743 | | 109,231 | 0.1% |
| 72 | West Penn Power SEF | 100,798 | | | | | 100,798 | 0.1% |
| 73 | Dan Drawbaugh | 11,000 | | | 77,933 | | 88,933 | 0.1% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 74 | James Campbell | 11,000 | | | 77,933 | | 88,933 | 0.1% |
| 75 | Joe Greenberg | 71,040 | | | | | 71,040 | 0.1% |
| 76 | Robert Wallin | 6,542 | | | | 63,970 | 70,512 | 0.1% |
| 77 | Northwestern University | | | | 56,009 | | 56,009 | 0.0% |
| 78 | Steve & Jody Spolar | 4,381 | | 8,744 | 29,217 | 20,962 | 63,304 | 0.0% |
| 79 | Jack Phillips | 4,874 | | | | 40,756 | 45,630 | 0.0% |
| 80 | Jennifer Honig | 23,910 | | | 18,349 | | 42,259 | 0.0% |
| 81 | Sara L. Parker (HIG) | | | | | 39,967 | 39,967 | 0.0% |
| 82 | Ritesh Tipnis | 38,000 | | | | | 38,000 | 0.0% |
| 83 | Malika Stegamat | 36,079 | | | | | 36,079 | 0.0% |
| 84 | Scott Galit | 3,204 | | | | 29,532 | 32,736 | 0.0% |
| 85 | William Kline | 7,500 | | | 7,500 | | 15,000 | 0.0% |
| 86 | Jim & Marianne Hawkins | 1,632 | | | | 10,967 | 12,599 | 0.0% |
| 87 | William Pitston / M. Lafayette | 1,632 | | | | 10,964 | 12,596 | 0.0% |
| 88 | Lori Lecker | 12,133 | | | | | 12,133 | 0.0% |
| 89 | Atta Gueye | 12,102 | | | | | 12,102 | 0.0% |
| 90 | Sean Armstrong | 11,960 | | | | | 11,960 | 0.0% |
| 91 | Jennifer Rossler | 11,125 | | | | | 11,125 | 0.0% |
| 92 | Gary Munko | 9,240 | | | | | 9,240 | 0.0% |
| 93 | Gord Wang | 6,106 | | | | | 6,106 | 0.0% |
| 94 | Sharell Mikesell | 6,000 | | | | | 6,000 | 0.0% |
| 95 | Rich Kasarda | 4,261 | | | | | 4,261 | 0.0% |
| 96 | Shijun Jia | | | | 1,835 | | 1,835 | 0.0% |
| 97 | Frederick Ryan Chua | | | | 1,000 | | 1,000 | 0.0% |
| 98 | Ed Yang | | | 1,000 | | | 1,000 | 0.0% |
| 99 | Scott Jubeck | 500 | | | | | 500 | 0.0% |
| 100 | Sean Rollman | 568,288 | | | 183,500 | | 751,788 | 0.6% |
| 101 | Shawn Williams | - | | 2,623 | 22,189 | | 24,812 | 0.0% |
| 102 | Don Hode | 4,879 | | | | | 4,879 | 0.0% |
| 103 | Bill Decker | 250 | | | | | 250 | 0.0% |
| 104 | Jan Bernkopf | 105,000 | | | | | 105,000 | 0.1% |
| 105 | Mark Bower | | | 996 | 1,835 | | 2,831 | 0.0% |
| 106 | Sara Grayson | | | | 1,835 | | 1,835 | 0.0% |
| 107 | John Krieg | 7,000 | | 4,500 | | | 11,500 | 0.0% |
| | **All Other Shareholders** | 6,024,631 | 4,268,251 | 6,062,551 | 12,965,353 | 5,753,446 | 35,074,232 | 26.0% |
| | **Grand total outstanding** | 10,906,223 | 25,387,979 | 43,012,338 | 49,267,241 | 6,086,968 | 134,662,749 | 100% |