**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **PLEXTRONICS, INC.,** | ) | **Case No. 14-10080 (KJC)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | **Related Docket No. 78** |
| | ) | |

**NOTICE OF (I) SOLICITATION OF INITIAL BIDS; (II) BIDDING PROCEDURES; (III) AUCTION; (IV) SALE HEARING; AND (V) RELATED RELIEF AND DATES**

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on January 16, 2014, Plextronics, Inc., as the debtor and debtor-in-possession in the above-captioned Chapter 11 case ("**Plextronics**" or the "**Debtor**"), filed a voluntary petition for relief under Chapter 11 of Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on January 17, 2014, the Debtor filed its *Motion For Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Authorizing and Approving Reimbursement of the Stalking Horse Purchaser's Expenses, (C) Authorizing and Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale, (D) Scheduling Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Notice of the Sale Hearing, and (F) Granting Certain Related Relief, and (II) an Order (A) Approving the Sale of Substantially All of the Debtor's Assets, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale, and (C) Granting Certain Related Relief* [Dkt. No. 8] (the "**Motion**") with the clerk of the Bankruptcy Court seeking, among other things, entry of an order (the "**Sale Order**") authorizing and approving: (a) the sale of substantially all of the Debtor's assets (the "**Assets**") free and clear of liens, claims, encumbrances and other interests, with all such liens, claims, encumbrances and other interests attaching with the same validity and priority solely to the sale proceeds, to one or more purchasers submitting the highest or otherwise best offer therefor (the "**Sale**"); and (b) the assumption and assignment of certain executory contracts and unexpired leases (collectively, the "**Assigned Contracts**"). Please note that all capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that on February 14, 2014, the Bankruptcy Court entered an order [Docket No. 78] (the "**Bidding Procedures Order**") granting certain of the relief sought in the Motion, including, among other things, approving: (a) the bidding procedures for the Sale of the Assets (the "**Bidding Procedures**"); and (b) procedures for the assumption and assignment of the Assigned Contracts (the "**Assumption and Assignment Procedures**").

**PLEASE TAKE FURTHER NOTICE** that the Debtor is soliciting offers for the purchase of substantially all of its Assets consistent with the Bidding Procedures and the Bidding Procedures Order.  **All interested bidders should carefully read the Bidding Procedures and Bidding Procedures Order**.  To the extent that there are any inconsistencies between this notice and the Bidding Procedures or Bidding Procedures Order, the Bidding Procedures or Bidding Procedures Order, as applicable, shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that the deadline to submit Qualified Bids is **5:00 p.m. (Prevailing Eastern Time) on February 28, 2014 (or such other date and time as determined in accordance with the Bidding Procedures)** (the "**Bid Deadline**").

**PLEASE TAKE FURTHER NOTICE** that, if the Debtor receives qualified bids within the requirements and time frame specified by the Bidding Procedures (including but not limited to the Bid Deadline), the Debtor will conduct an auction (the "**Auction**") with respect to the Sale of its Assets **at 10:00 a.m. (Prevailing Eastern Time) on Wednesday, March 5, 2014 (or such later date as determined in accordance with the Bidding Procedures)**, at Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, DE 19801, or such other place and time as the Debtor (with the consent of the Stalking Horse Bidder, not to be unreasonably withheld) shall notify all Qualified Bidders who have submitted Qualified Bids and expressed their intent to participate in the Auction as set forth above.  The Auction shall be conducted in a timely fashion according to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Sale of all or substantially all of the Debtor's Assets to the Successful Bidder therefor (the "**Sale Hearing**") is presently scheduled to take place on **March 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) (or such later date as determined in accordance with the Bidding Procedures)**, or as soon thereafter as counsel may be heard, before the Honorable Kevin J. Carey in Courtroom 5 in the United States Bankruptcy Court, 824 Market Street N, 5th Floor, Wilmington, DE 19801, or before any other judge who may be sitting in his place and stead.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Bidding Procedures Order, objections, if any, to the Sale of the Assets, the assumption and assignment of the Assigned Contracts, or any relief requested in the Motion other than the relief granted by this Court in the Bidding Procedures Order **must be filed on or before 5:00 p.m. (Prevailing Eastern Time) on February 28, 2014 (the "Sale Objection Deadline")** (or such other applicable deadline as indicated in the Bidding Procedures Order).  Each objection shall state the legal and factual basis of such objection and may be orally supplemented at the relevant hearing.

### CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE SALE ON OR BEFORE THE APPLICABLE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN THE STALKING HORSE APA OR ANY MODIFIED AGREEMENT (AS**

APPLICABLE). IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT CERTAIN OF THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING. ANY CREDITOR THAT RECEIVES NOTICE OF THE SALE HEARING AND FAILS TO TIMELY FILE AN OBJECTION TO THE SALE SHALL BE DEEMED TO HAVE CONSENTED UNDER SECTION 363(F)(2) OF THE BANKRUPTCY CODE TO A SALE FREE AND CLEAR OF SUCH CREDITOR'S LIEN OR INTERESTS, IF ANY.

Dated: February 14, 2014
       Wilmington, Delaware

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
Ayesha C. Bennett (DE No. 4994)
222 Delaware Avenue, Suite 1620
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

and

CAMPBELL & LEVINE, LLC
Stanley E. Levine, Esq.
Paul J. Cordaro, Esq.
310 Grant Street
1700 Grant Building
Pittsburgh, PA 15219
Telephone: (412) 261-0310
Facsimile: (412) 261-5066

*Counsel for the Debtor and Debtor-in-Possession*