IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PLEXTRONICS, INC., | ) | Case No. 14-10080 (KJC) |
| | ) | |
| Debtor. | ) | Related Docket Nos. 8, 78 |

NOTICE OF (I) DESIGNATION OF SOLVAY AMERICA, INC.
AS THE SUCCESSFUL BIDDER FOR SUBSTANTIALLY
ALL OF THE DEBTOR'S ASSETS, (II) CANCELLATION OF
AUCTION; AND (III) SALE HEARING DATE

**PLEASE TAKE NOTICE** that on January 16, 2014, Plextronics, Inc., as the debtor and debtor-in-possession in the above-captioned Chapter 11 case ("**Plextronics**" or the "**Debtor**"), filed a voluntary petition for relief under Chapter 11 of Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on January 17, 2014, the Debtor filed its *Motion For Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Authorizing and Approving Reimbursement of the Stalking Horse Purchaser's Expenses, (C) Authorizing and Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale, (D) Scheduling Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Notice of the Sale Hearing, and (F) Granting Certain Related Relief, and (II) an Order (A) Approving the Sale of Substantially All of the Debtor's Assets, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale, and (C) Granting Certain Related Relief* [Dkt. No. 8] (the "**Motion**") with the clerk of the Bankruptcy Court seeking, among other things, entry of an order (the "**Sale Order**") authorizing and approving:  (a) the sale of substantially all of the Debtor's assets (the "**Assets**") free and clear of liens, claims, encumbrances and other interests, with all such liens, claims, encumbrances and other interests attaching with the same validity and priority solely to the sale proceeds, to one or more purchasers submitting the highest or otherwise best offer therefor (the "**Sale**"); and (b) the assumption and assignment of certain executory contracts and unexpired leases (collectively, the "**Assigned Contracts**").  Please note that all capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that on February 14, 2014, the Bankruptcy Court entered an order [Docket No. 78] (the "**Bidding Procedures Order**") granting certain of the relief sought in the Motion, including, among other things, approval of:  (a) the bidding procedures for the Sale of the Assets, including the submission of Qualified Bid(s) (the "**Bidding Procedures**"); and (b) procedures for the assumption and assignment of the Assigned Contracts (the "**Assumption and Assignment Procedures**").

{D0284175.1 }

**PLEASE TAKE FURTHER NOTICE** that the pursuant to the Bidding Procedures Order, the deadline to submit Qualified Bids was 5:00 p.m. (Prevailing Eastern Time) on February 28, 2014 (the "**Bid Deadline**").

**PLEASE TAKE FURTHER NOTICE** that no Qualified Bids were submitted by the Bid Deadline. **ACCORDINGLY, PURSUANT TO THE BIDDING PROCEDURES ORDER, THE DEBTOR WILL NOT CONDUCT AN AUCTION.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Sale of the Debtor's Assets to Solvay America, Inc., including, pursuant to the Assumption and Assignment Procedures, the assumption and assignment of the Assigned Contracts to Solvay America, Inc. (the "**Sale Hearing**") will go forward on **March 6, 2014 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable Kevin J. Carey in Courtroom 5 in the United States Bankruptcy Court, 824 Market Street N, 5th Floor, Wilmington, DE 19801, or before any other judge who may be sitting in his place and stead.

Dated:  March 3, 2014          CAMPBELL & LEVINE, LLC
        Wilmington, Delaware

                               */s/ Mark T. Hurford*
                               Mark T. Hurford (DE No. 3299)
                               Ayesha C. Bennett (DE No. 4994)
                               222 Delaware Avenue, Suite 1620
                               Wilmington, Delaware 19801
                               Telephone: (302) 426-1900
                               Facsimile:  (302) 426-9947

                               and

                               CAMPBELL & LEVINE, LLC
                               Stanley E. Levine, Esq.
                               Paul J. Cordaro, Esq.
                               310 Grant Street
                               1700 Grant Building
                               Pittsburgh, PA 15219
                               Telephone: (412) 261-0310
                               Facsimile:  (412) 261-5066

                               *Counsel for the Debtor and Debtor-in-Possession*